## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To: Gail Hemphill-Danik<br>2712 Burridge Road<br>Parkville, MD 21234 | From: Baltimore Field Office<br>10 South Howard Street<br>3rd Floor<br>Baltimore, MD 21201 |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2008 NOV 10 P 1:54
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 12B-2004-00033 | Sandra A. Byrd,<br>State & Local Coordinator | (410) 209-2732 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_signature_     AUG 11 2008

Enclosures(s)    Gerald S. Kiel,    (Date Mailed)
                 Director

cc:  John R. Kaye                        Norris C. Ramsey
     Senior Counsel                      Baltimore, MD 21207
     HOUSING AUTHORITY OF BALTIMORE CITY
     417 E. Fayette Street
     Baltimore City, MD 21202

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – not 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [X] FEPA | E04C080(R)-047 |
| [ ] EEOC | 12B-A4-00033 |

Baltimore Community Relations _____ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.)
Gail Hemphill-Danik

**HOME TELEPHONE** (Include Area Code)
(410) 337-8638

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**
8111 Loch Raven Blvd., Baltimore, MD 21286

**DATE OF BIRTH**

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

**NAME**: Housing Authority Of Baltimore City
**NUMBER OF EMPLOYEES, MEMBERS**: Cat D (501+)
**TELEPHONE** (Include Area Code): (410) 396-3232
**STREET ADDRESS** — **CITY, STATE AND ZIP CODE**: 417 E. Fayette Street, Baltimore City, MD 21202
**COUNTY**: 510

**CAUSE OF DISCRIMINATION BASED ON** *(Check appropriate box(es))*
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 03/01/2003   LATEST: 03/01/2003
[X] CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional space is needed, attach extra sheet(s)):*

I have worked for the Housing Authority of Baltimore City for 22 years. During that time I have worked in the Housing Management and Resident Services Division and have held many supervisory positions. In March 2003 a position that I had a working knowledge of and was qualified for became vacant.

I believe that I have been discriminated against because of my race, African-American, because:

1. When the position, Community and Support Services/Program Administrator became vacant, a white female, Sieglinde Chambliss, was given the duties and paid out-of-title pay. However, Ms. Chambliss never performed the duties and, in fact, the responsibilites of the job were given to me.

2. In December 2003, I was informed by Ms. Chambliss that she had been given the position. The position was not advertised and I was told by the Deputy of Resident Services, Dr. Samuel Little, that he had no say in who received the position.

3. At the time of this complaint, I am still performing the duties of the position.

** Text is Continued on Attached Sheet(s) **

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date _____   Charging Party (Signature) _____

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)
2/23/04

EEOC FORM 5 (Rev. 07/99)

Feb 23 15:51 2004   CP Initials _____   Chg # , Attachment Page 1

---

Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text

---

Because of the aforementioned I, therefore, charge the above-named Respondent and/or its agents with violation of Article 4 (entitled "Community Relations") of the Baltimore City Code (1983 Replacement Volume, as amended).

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _23rd_ DAY OF _February_, 20_04_        _____
                                              (SIGNATURE OF COMPLAINANT)

_Walter Slupik_
(NOTARY PUBLIC)

My commission expires on: 9/12/05

FEPA Charge Number: E04C080(R)-047

EEOC Charge Number: 12B-A4-00033

# EEOC FACT SHEET

This Fact Sheet provides you with information regarding EEOC's involvement with the employment discrimination charge you filed with the <u>Baltimore Community Relations Commission.</u>

- Your charge is also automatically filed with EEOC on your behalf.

- Your charge has been assigned an EEOC charge number which is listed above.

- The employer named in your charge will be notified that this charge is also filed with EEOC.

- It is important to fully cooperate with the <u>Baltimore Community Relations Commission</u> because that agency will be investigating your charge.

- All information and inquiries regarding your charge should be directed to the<u> Baltimore Community Relations Commission</u>.

- When the <u>Baltimore Community Relations Commission</u> completes its process, the closure of your charge will be reported to EEOC within 30 days.

- EEOC regulations entitle you to appeal the investigative agency's final finding. To secure this review, you must request it in writing to EEOC within 15 days of your receipt of the agency's final finding in your charge. Otherwise, EEOC will generally adopt the agency's finding.

- Under Title VII of the Civil Rights Act of 1964, as amended and The Americans With Disabilities Act of 1990, EEOC must issue you a Notice of Right To Sue before you may file private suit under those laws.

- You may file a private suit under the Age Discrimination in Employment Act of 1968, as amended (ADEA). Before you can sue, however, the ADEA requires that a charge alleging age discrimination be filed with both EEOC and The Maryland Commission on Human Relations. An ADEA lawsuit may be filed any time from sixty (60) days after you filed your charge until 90 days after receipt of notice that EEOC has completed its review and issues a Dismissal and Notice of Rights.

## TO THE CHARGING PARTY

...it is important for you to understand how the Community Relations Commission will handle your charge. Following are the stages in the complaint process:

### FILING THE CHARGE

First, a staff member in the Intake Unit will hear your complaint and decide whether it is covered by our agency's law. To be covered by our law, the complaint must allege discrimination because of race, color, religion, national origin, ancestry, sex, age, physical or mental disability or sexual orientation. The charge must be related to an employment situation, to the services of a place of public accommodation such as a restaurant or hotel, to an educational institution or to the services of a health or welfare provider such as a clinic or social work agency, or a housing situation.

The alleged discrimination must have taken place in Baltimore within the last six months.

After we have established that your charge can be handled by CRC, a staff member will help you with the wording of the charge, making sure it is typed in proper legal form. The charge is then ready for your review, approval, and notarized signature.

After you have signed the charge, it is sent to the Director who will approve it for investigation. The first step in the investigation is the Fact Finding Conference.

### FACT FINDING CONFERENCES

A Fact Finding Conference is a meeting of all parties to the charge (the Charging Party, the Respondent Company or Agency and a CRC staff member). The purpose of the conference is to attempt to resolve the charge as quickly as possible to the satisfaction of all concerned.

The conference begins with the reading of the charge. The CRC staff person then determines if either side has anything further to add. Next comes an attempt to reach a settlement which is agreeable to everyone. If no agreement can be reached, the case is sent to the Extended Investigation Unit.

### EXTENDED INVESTIGATION

Charges which are not settled through a Fact Finding Conference are assigned to the Extended Investigation Unit. The investigator who receives the charge will interview the persons who were responsible for the discriminatory act. That person will also talk to witnesses and look at records.

After the investigation is completed the investigator will decide whether the facts show that discrimination took place. The conclusion will be put in writing and the Charging Party will have seven days to appeal if the conclusion is that discrimination did not take place.

If it is decided that discrimination did take place, the next step is called conciliation.

### CONCILIATION

Conciliation is a process in which a CRC staff member tries to work out an agreement with the company or agency which has been found guilty of discrimination.

If conciliation fails, the next step is a Public Hearing.

### PUBLIC HEARING

If the Respondent does not agree to what CRC asks in the conciliation process, a Public Hearing is held.

At a Public Hearing, the Hearing Examiner listens to evidence presented by both sides and decides if discrimination has taken place in violation of Article 4. If the Commission decides that discrimination took place, it will order that the discrimination stop immediately and that the Charging Party be given what she/he asked. If the Respondent still refuses to cooperate, the case will be sent to court.

### IMPORTANT POINTS

1. A quality investigation takes time. Please be patient. Your case must be prepared so carefully that it could stand up in court, if necessary.

2. You are protected in your right to file a complaint. It is unlawful for anyone to harass, intimidate or penalize you in any manner, or otherwise take action against you because you filed a complaint. If you find yourself a target of harassment, call your investigator immediately.

3. Details are important. Try to remember all details and report them to your investigator. Don't try to decide for yourself what is or is not important. Leave that to the specially trained investigator.

4. Keep us aware of any changes in your address. We need to be able to reach you at all times.

5. You will be required to swear or affirm that the information presented is true to the best of your knowledge.

## THE BALTIMORE COMMUNITY RELATIONS COMMISSION

CRC is the agency designated to enforce Article 4 of the Baltimore City Code which prohibits discrimination on the basis of race, religion, national origin, ancestry, age, sex, physical or mental disability and sexual orientation in the areas of employment, public accommodations, education, and health and welfare services, or a housing situation.

CRC has the authority to subpoena information and witnesses; to hold public hearings when conciliation attempts fail; to issue cease and desist orders and to take unresolved cases into court via the City Law Department.

## IMPORTANT DEFINITIONS

**Probable Cause** — Reasonable ground to believe that the charges of discrimination are valid.

**No Probable Cause** — Reasonable ground to believe that the charges of discrimination are untrue and without basis in fact.

**To Allege** — To declare as if under oath but without proof.

**Respondent** — Any person or group of persons against whom a complaint is filed.

**Finding of Fact** — A written summary of the investigation and the facts it has revealed.

**Charging Party** — Any person who files a charge of discrimination.

Baltimore Community Relations Commission
Suite 915, Equitable Building
10 North Calvert Street
Baltimore, Maryland 21202
396-3141



THE CITY THAT READS

Martin O'Malley
Mayor



Printed by
Reproduction and Printing Division
Bureau of Purchases
1110-28-2

# DISCRIMINATION IS ILLEGAL!



## COMMUNITY RELATIONS COMMISSION

When you have a charge of discrimination . . .